**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Cameron McGlothin,

    Petitioner,

           v.                                   Case No. 1:09cv048

Warden, Warren Correctional Institution,      Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on January 12, 2010 (Doc. 8).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Respondent's Motion to Dismiss (Doc. 6) is **DENIED**; the Petition is **STAYED** and this matter is **TERMINATED** on the Court's active docketing pending petitioner's exhaustion of his Ohio remedies consistent with the opinion of the Magistrate Judge.

A certificate of appealability should not issue with respect to petitioner's claims for relief under the applicable two-part standard enunciated in *Slack v. McDaniel,* 529 U.S. 473, 484-85 (2000). With respect to any application by petitioner to proceed on appeal in

*forma pauperis,* the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting this Report and Recommendation would not be taken in "good faith," and therefore **DENIES** petitioner leave to appeal in *forma pauperis* upon a showing of financial necessity. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

    **IT IS SO ORDERED.**

                                    *S/Michael R. Barrett*
                                    Michael R. Barrett
                                    United States District Judge