# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Cameron McGlothin,

    Petitioner,

       v.                        Case No.   1:09cv048

Wanza Jackson, Warden,            Judge Michael R. Barrett

    Respondent.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on August 18, 2016 (Doc. 33).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 33) of the Magistrate Judge is hereby **ADOPTED.** Petitioner's Motion for Certificate of Appealability (Doc. 31) is **DENIED** and should be refiled in the Sixth Circuit Court of Appeals consistent with the recommendation by the Magistrate Judge.

    **IT IS SO ORDERED.**

                                                 s/*Michael R. Barrett*
                                                 Michael R. Barrett
                                                 United States District Judge